**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR04-98-01T **DATE**: July 14, 2005
**TITLE OF CASE:** USA v. Elliot Rivera Cruz

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**

---

**COUNSEL PRESENT**

Government: Mary Rogers, AUSA

Defendant: Joseph Voccola, Esq.

Probation: Michael Perry

---

**PROCEEDINGS:** **Sentencing**

July 14, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. Defense argues objection to Presentence Report. Government responds and argues. Court accepts the guideline ranges as calculated by Probation. Counsel argues sentencing recommendations. Court sentences Defendant to 156 months incarceration. Supervised release for 5 years. Special conditions of supervised release: 1. Participate in a program for substance abuse and treatment as approved by Probation. Court does not impose a fine as it finds the Defendant unable to pay. Special Assessment: $100.00. Court recommends to the Bureau of Prisons that the Defendant be placed in a facility that offers substance abuse counseling and treatment.

Recess

Recess