UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V | : | CR. NO.: 04-00098-01T |
| | : | |
| ELLIOT RIVERA CRUZ | : | |

NOTICE OF APPEAL

Having been informed by a clerk of the United States District Court, District of Rhode Island on July 26, 2005 that the above referenced defendant wishes for his attorneys to file an appeal, now comes the defendant, Elliot Rivera Cruz, and notices his appeal of his sentence imposed on July 14, 2005 to the United States Court of Appeals for the First Circuit.

Respectfully Submitted
By Elliot Rivera Cruz
By his Attorneys,

Joseph J. Voccola, Esq. #4132
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983

Edward J. McEnaney III, Esq. #3275
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983

CERTIFICATION

I hereby certify that the within was hand delivered to the United States District Court, Office of the Clerk, 1 Exchange Terrace, Providence, RI 02903 and mailed to Mary Rogers, U.S. Attorney, 50 Kennedy Plaza, 8th floor, Providence, RI 02903, on this 26th day of July, 2005.