UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

September 19, 2005

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***USA v. Elliot Rivera Cruz***
***USDC CR04-98T*** ***COA 05-2152***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
DEPUTY CLERK

encl.: Document #40 - Transcript of Sentencing held 7.14.05;
Certified Copy of Docket