UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 18 2005
U.S. ATTORNEY
DISTRICT OF R.I.

UNITED STATEOF AMERICA :
:
VS. : C.R. NO.: 04-00098-01T
:
ELLIOT CRUZ-RIVERA :

MOTION TO GRANT APPELLANT IN FORMA PAUPERIS (IFP) STATUS

Now comes current co-counsel for the appellant, Elliot Cruz-Rivera, and respectfully requests that, His Honor, Chief U.S. District Court Judge Earnest C. Torres, allow the appellant to be granted IFP status so that he has may pursue his appeal.

An irremediable breakdown in communication presently exists between the appellant and current co-counsel representing the appellant. Appellant refused to accept paperwork from his present attorneys which included an application to proceed in without payment of fees as well as an affidavit to accompany a motion for leave to appeal in forma pauperis. Current co-counsel does not know the present prison facility appellant has been designated to.

The United States Court of Appeals for the First Circuit as of October 14, 2005 ruled that if the District Court grants the appellant IFP status or clarifies that the defendant/appellant has been granted IFP status, the First Circuit may appoint counsel under the guidelines of the Criminal Justice Act, 8 U.S. C. Section 3006A. The deadline for the appellant to file a Motion for IFP status has been enlarged to October 28, 2005. The deadline for the appellant to file his brief with respect to the instant matter is October 31, 2005.

WHEREFORE, counsel for the appellant pray that their Motion to Grant in Forma Pauperis Status be granted.

Respectfully Submitted,
Elliot Rivera-Cruz,
By His Attorneys,

Joseph J. Voccola, Esq., # 4132
454 Broadway
Providence, RI 02909
Phone: (401) 751-3900
Fax: (401) 751-8983

Edward J. McEnaney III, Esq., # 3275
454 Broadway
Providence, RI 02909
Phone: (401) 751-3900
Fax: (401) 751-8983

CERTIFICATION

I hereby certify that a true copy of the within Motion was hand-delivered to the U.S. District Court, Office of the Clerk, 1 Exchange Terrace Providence, RI 02903 and to Mary Rogers, Assistant US Attorney, 50 Fleet Center 8th Floor Providence, RI 02903 on this 18th day of October, 2005.