UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA No. 04-98-01

ELLIOT CRUZ-RIVERA

**ORDER DENYING MOTION TO GRANT IN FORMA PAUPERIS STATUS**

Defendant's co-counsel has filed a motion to grant appellant in forma pauperis status. The motion is hereby denied without prejudice. The defendant may re-file but must attach with his filing a financial affidavit establishing indigency.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Oct. 25 , 2005