AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_______________ District of _______________

FILED NOV 07 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Plaintiff

V.

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: CR04-98T

I, Elliot Rivera Cruz declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration J.C. Rivers C.I. P.O.Box 630 Winton N.C. 27981

   Are you employed at the institution? no Do you receive any payment from the institution? ________

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   Aney Plating in north Kingston R.I $305.00 a week. oct.25.04
   L&G Armature and son in prov. R.I $45.00 for one day a week. Oct 25.04

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Any other sources ☑ Yes ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

GRANTED

Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
11/22/05

# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF U.S.A. vs. Elliot R. Cruz

FOR District of R. I.

AT Providence. R.I.

LOCATION NUMBER

DOCKET NUMBERS
Magistrate 04-98-01
District Court
Court of Appeals

PERSON REPRESENTED (Show your full name)
ElioT Rivera Cruz

1 ☑ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
Conspiacity to posses Consplracy to Diliver Cocaine Base

## ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed

Name and address of employer:

**IF YES**, how much do you earn per month? $

**IF NO**, give month and year of last employment. How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☑ No

**IF YES**, how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES | RECEIVED | SOURCES |
|---|---|---|
| | | |
| | | |
| | | |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No **IF YES**, state total amount $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

| IF YES, GIVE THE VALUE AND $ DESCRIBE IT | VALUE | DESCRIPTION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them
Rosa Rodriguez
Ariana Taveras
Fidel Moreno Cruz

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: | | |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11-2-05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) [signature]

RIVERS CORRECTIONAL INSTITUTION

Resident Account Summary

Tuesday, November 01, 2005 @08:45

For REG: 05526070 CRUZ, ELLIOT

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 10/31/2005 | EPR | OID:100004218-ComisaryPur | -7.15 | 1.99 | 0.00 | 0.00 | |
| 10/24/2005 | PHONE PURCH | PHONE | -10.00 | 9.14 | 0.00 | 0.00 | |
| 10/24/2005 | EPR | OID:100003234-ComisaryPur | -70.16 | 19.14 | 0.00 | 0.00 | |
| 10/21/2005 | DEPMO | R. RODRIQUEZ | 50.00 | 89.30 | 0.00 | 0.00 | |
| 10/21/2005 | DEPMO | F. CRUZ | 30.00 | 39.30 | 0.00 | 0.00 | |
| 10/20/2005 | <IND POSTAG | Payment for IND POSTAGE o | -1.11 | 9.30 | 0.00 | 0.00 | |
| 10/20/2005 | DEPMO | CORNELL CORR | 10.41 | 10.41 | 1.11 | 0.00 | |
| 10/11/2005 | IND POSTAGE | STAMPS | 1.11 | 0.00 | 1.11 | 0.00 | |
| 10/07/2005 | BAL FWD | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | |