UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

April 21, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. ELLIOT CRUZ RIVERA***
***USDC CR04-98T*** ***COA 05-2152***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ____________________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Document #48 - Transcript of Change of Plea Hearing held 1/4/2005.

Document #49 - Transcript of Sentencing Hearing held 4/1/2005.

Document #50 - Transcript of Cont. Sentencing Hearing held 5/20/2005.

Certified Copy of Docket