MANDATE

04-00098
USDC/RI
Torres, J

# United States Court of Appeals
## For the First Circuit

No. 05-2152

UNITED STATES,
Appellee,

v.

ELLIOT RIVERA CRUZ,
Defendant, Appellant.

Before

Boudin, Chief Judge,
Selya, Circuit Judge,
and Stahl, Senior Circuit Judge,

**JUDGMENT**

Entered: November 30, 2006

In view of the government's unopposed motion for summary reversal in which the government states that "the facts summarized at the plea hearing were inadequate to support a conspiracy charge," we vacate the guilty plea and sentence and remand for further proceedings.

Vacated and remanded.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

JG
Deputy Clerk

Date: 12/21/06

[cc: Edward J. McEnaney III, Esq., Lisa Aidlin, Mary E. Rogers, AUSA, Donald Lockhart, AUSA.]