UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                                   CR No. 04-98T

ELLIOT RIVERA CRUZ

## ORDER

On November 30, 2006, the First Circuit Court of Appeals entered judgment in the case entitled <u>United States v. Elliot Rivera Cruz</u>, Cr. No. 04-98T, that vacated the guilty plea and sentence, and remanded to this Court for further proceedings. With the Court's finding that the ends of justice are served by delaying the trial in this matter so that the Court can determine what the parties' intentions are for further proceedings and whether the defendant should be appointed new counsel, and that a continuance outweighs the best interests of the public and the defendant in a speedy trial in order to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the case will be scheduled for a hearing on **March 15th, 2007** and the time from the date of this order through **April 16th, 2007**, is excludable under 18 U.S.C. §3161 (8)(A).

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge
Date: _____, 2007