# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR04-98T***

***To:*** ***Warden***
***Rivers Correctional Institute***
***Winton, NC 27986***

JAN 24 2007

IM#05526

YOU ARE HEREBY COMMANDED, to have the **body** of **Elliot Rivera Cruz**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the **15th** day of **March, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby ...

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: January 19, 2007.

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

Hearing on Trial Status

*By* Ernest C Torres
***Ernest C. Torres, Senior District Judge***
1/23/07