**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 04-98T** |
| | ) | |
| **ELLIOT RIVERA CRUZ** | ) | |

---

## MOTION TO CONTINUE

Now comes the accused, Elliot Rivera Cruz, by and through his counsel, and moves this Honorable Court to continue this matter for an additional ninety (90) days.

In support of this motion counsel states that the defendant is entering a plea to *United States vs. Elliot Rivera Cruz Cr. No. 07-cr-64T* which will ultimately result in the dismissal of this case, (Cr. No. 04-9T).

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). The government, through AUSA Mary E. Rogers, joins in this request for continuance.

Respectfully submitted
Elliot Rivera Cruz
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Mary E. Rogers, AUSA on the 20th day of April, 2007.

/s/ Mary S. McElroy