IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 04-098-01T |
| | ) | |
| ELLIOT RIVERA CRUZ | ) | |

GOVERNMENT'S MOTION TO CONTINUE

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and hereby move for a continuance of the above-captioned case. The government seeks a continuance of the trial date to September 18, 2007. The Defendant waived indictment and pled guilty before this Court on June 11, 2007 to a related information (Cr. No. 07-064). By agreement of the parties, the government will dismiss the indictment in the above-captioned case upon the Defendant's sentencing, scheduled for September 11, 2007. The defendant does not object to the government's motion to continue. The ends of justice are served by the granting of such continuance in that it will avoid the necessity for a jury trial on the same issues that have

been resolved by the defendant's guilty plea to the related information and they outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ MARY E. ROGERS

MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATION OF SERVICE

On this 11th day of July, 2007, I caused the within Government's Motion to Continue to be filed electronically, along with its proposed Order, and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mary McElroy, Esquire
Federal Defender's Office
10 Weybosset Street
Providence, RI 02903

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 04-098-01T |
| | ) | |
| ELLIOT RIVERA CRUZ | ) | |

ORDER

Upon consideration of the Government's motion to continue the trial in the above-captioned matter, and with no objection by the defendant, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, it is hereby

ORDERED

that the trial date in the case entitled, Untied States v. Elliot Rivera Cruz, Cr. No. 04-098T, is vacated and the case will be scheduled for impanelment on September 18, 2007 and the time from the date of this order through September 18, 2007, is excludable under 18 U.S.C. 3161(h)(7) and (8)(A).

BY ORDER,

______________________________
Deputy Clerk

ENTER:

________________________
ERNEST C. TORRES
Senior U.S. District Judge

DATED: July ____, 2007