UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

      v.     CR No. 04-98T

ELLIOT RIVERA CRUZ

### ORDER

Upon motion of the government to continue the trial presently scheduled for July 24th, 2007, and with no objection by the defendant, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the government to complete sentencing proceedings in a related criminal action (CR No. 07-64T) and dismiss this case upon completion of that sentencing, it is hereby

ORDERED

that the trial date in the case entitled, <u>United States v. Elliot Rivera Cruz</u> CR No. 04-98T, is vacated, the case will be scheduled for impanelment on September 18th, 2007 and the time from the date of this order through September 18th, 2007, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge
Date: July 18    , 2007