IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 04-098T |
| | ) | |
| ELLIOT RIVERA CRUZ | ) | |

**MOTION TO DISMISS INDICTMENT**

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and moves to dismiss the above-captioned indictment as it relates to defendant Elliot Rivera Cruz.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATE OF SERVICE

On this 11th day of September, 2007, I caused the within Motion To Dismiss Indictment to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mary McElroy, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov