RECEIVED
SEP 11 2007
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 04-098T
vs. )
)
ELLIOT RIVERA CRUZ )

**ORDER**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States seeks leave of Court to dismiss the above-referenced Indictment as it relates to defendant Elliot Rivera Cruz.

Leave of court is granted for the filing of the foregoing dismissal of said Indictment and said charges are dismissed against defendant Elliot Rivera Cruz.

BY ORDER:

DEPUTY CLERK

ENTER:

ERNEST C. TORRES
SENIOR DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT

DATE: 9/20/07